

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00308-CV

**IN RE** Christina **MENDEZ**

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Adrian A. Spears, II, Justice
            Velia J. Meza, Justice

Delivered and Filed: August 27, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Christina Mendez, filed this petition for writ of mandamus on May 14, 2025, seeking to vacate the March 31, 2025, order of Bexar County Probate Court No. 2 transferring the underlying matter to Webb County. We granted a temporary stay of the underlying proceedings and afforded the real party in interest and respondent to file a response. Having considered the pleadings, record, and applicable law, we have determined that relator is not entitled to the relief requested. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The temporary stay issued by this court on May 22, 2025 is **LIFTED**. The motion for emergency stay is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-PC2-03425, styled *In the estate of Javier Jesus Trevino, Sr., Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Veronica Vasquez presiding.